**Order entered August 30, 2019**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00797-CV

### IN RE GEARBOX SOFTWARE, LLC AND RANDALL PITCHFORD, II, Relators

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19179**

## ORDER

In accordance with this Court's opinion of August 26, 2019, we **VACATE** our July 3, 2019 order staying the trial court's July 1, 2019 discovery order.


/s/   CORY CARLYLE
        JUSTICE